DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEVEN JOE DUNCAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1350

_____

January 12, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Theodora C. Komninos, Judge.

Steven Joe Duncan, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.